**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| CARL MORGAN,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL CREDIT NETWORK, INC.,<br><br>Defendant. | Case No.  1:26-cv-01468 JLT SKO<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS THAT THE ACTION PROCEED AS TO COUNTS 1, 2, & 6 AND THAT COUNTS 3, 4, & 5 BE DISMISSED WITH PREJUDICE FOR FAILURE TO STATE A CLAIM AS A MATTER OF LAW<br><br>(Doc. 6) |

Plaintiff Carl Morgan is proceeding *pro se* and *in forma pauperis* in this action commenced by the filing of a complaint on February 20, 2026.  (Docs. 1, 3.)  On March 10, 2026, the assigned magistrate judge screened the complaint and issued findings and recommendations that this action proceed counts one, two, and six, but that counts three, four, and five be dismissed with prejudice for failure to state a claim as a matter of law.  (Doc. 1 at 3–4.)  On March 16, 2026, Plaintiff filed his non-objection to the assigned magistrate's findings and recommendations. (Doc. 7.)

According to 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), the Court conducted a de novo review of the case.  Having carefully reviewed the matter, including Plaintiff's most recent filing, the Court concludes the findings and recommendation are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1

1.     The findings and recommendations issued March 10, 2026, (Doc. 6), are **ADOPTED** in full.

2.     This action shall proceed as to counts one, two, and six.

3.     Counts three, four, and five are **DISMISSED**.

4.     The matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:    **March 19, 2026**

UNITED STATES DISTRICT JUDGE