UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CARL MORGAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FINANCIAL CREDIT NETWORK, INC.,<br><br>　　　　　Defendant. | Case No.  1:26-cv-01468-JLT-SKO<br><br>**ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS**<br><br>(Docs 1, 8)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Carl Morgan is proceeding *pro se* and *in forma pauperis* in action.  (Docs 1, 3). Upon screening pursuant to 28 U.S.C. § 1915, the Court found counts one, two, and six of Plaintiff's complaint cognizable. (*See* Doc. 8).

Accordingly, it is HEREBY ORDERED that:

1.　Service is appropriate on the following defendant: **Financial Credit Network, Inc.**

2.　The Clerk of Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the Complaint filed on February 20, 2026, (Doc. 1).

3.　Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit it to the Court with the following documents:

　　a.　A completed summons for the defendant listed above;

　　b.　A completed USM-285 form for the defendant listed above; and

　　c.　Two (2) copies of the endorsed Complaint filed February 20, 2026 (Doc. 1).

4.　Plaintiff need not attempt service on the defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule

of Civil Procedure 4 without payment of costs.

5.    **The failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:    **March 23, 2026**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE