# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CARL MORGAN,

Plaintiff(s),

v.

FINANCIAL CREDIT NETWORK,

Defendant.

Case No. 1:26-cv-01468-JLT-SKO

**ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS**

(Doc. 13)

In view of the receipt of completed service documents (*see* Doc. 13), pursuant to Federal Rule of Civil Procedure 4(c), it is HEREBY ORDERED that:

1. For **each** defendant to be served, the Clerk of Court is directed to forward the following documents to the United States Marshals Service:

   a) One completed and issued summons;

   b) One completed USM−285 form;

   c) One copy of the Complaint filed February 20, 2026, plus an extra copy for the Marshals Service;

   d) One copy of the Findings and Recommendations issued on March 10, 2026

   e) One copy of the Order Adopting the March 10, 2026 Findings and Recommendations issued on March 19, 2026; and

   f) One copy of this order, plus an extra copy for the Marshals Service.

2. Within ten days from the date of this order, the Marshals Service is directed to notify defendant **Financial Credit Network, Inc.** of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c).

3. The Marshals Service shall file returned waivers of service as well as any requests

for waivers of service that are returned as undelivered as soon as they are received.

4. If a waiver of service is not returned by the defendant within thirty days of the date of mailing the request for waiver, the Marshals Service shall:

    a) Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

    b) Within ten days after personal service is effected, the Marshals Service shall file the return of service for the defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant.  Said costs shall be enumerated on the USM−285 form and shall include the costs incurred by the Marshals Service for photocopying additional copies of the summons, the Complaint the Findings and Recommendations, and the Order Adopting, and for preparing new USM−285 forms, if required.  Costs of service will be taxed against a personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

5. **If the defendant waives service, they are required to return the signed waiver to the Marshals Service.  The filing of an answer or a responsive motion does not relieve a defendant of this requirement, and the failure to return the signed waiver may subject a defendant to an order to pay the costs of service pursuant to Fed. R. Civ. P. 4(d)(2).**

6. Once the defendant either waives service or is personally served, that defendant is required to respond to the Complaint .

IT IS SO ORDERED.

Dated:   **April 1, 2026**           /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

2